**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CARL MCMILLIAN**                                                              **PETITIONER**

**v.**                                                                      **No. 4:21-cv-00027-DMB-JMV**

**UNITED STATES OF AMERICA**                                      **RESPONDENT**

**ORDER**

Carl McMillian has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241.   The petitioner has not, however, used the court's standard form for such petitions.   The court uses these forms for the expeditious administration of *habeas corpus* petitions.   As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 23rd day of March, 2021.

/s/ Jane M. Virden
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE