IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CARL MCMILLIAN**                                                              **PETITIONER**

**V.**                                     **NO. 4:21-CV-27-DMB-JMV**

**UNITED STATES OF AMERICA**                                      **RESPONDENT**

### ORDER

On or about February 5, 2021, Carl McMillian filed a document which the Court construed as a petition for a writ of habeas corpus. *See* Docs. #1, #3. Approximately six weeks later, McMillian filed a motion to proceed in forma pauperis. Doc. #5. However, the section of the motion to provide McMillian's inmate account information is not completed.[1] *Id.* at PageID 10. On April 13, 2021, McMillian was ordered to "either pay the filing fee of $5.00 or submit a proper request to proceed *in forma pauperis*" within 30 days, and was warned that "failure to comply … may lead to the dismissal of his petition." Doc. #9. A copy of such order and an application were mailed to McMillian but returned as undeliverable. Doc. #10. Because, to date, McMillian has neither paid the filing fee nor returned a completed copy of the proper form, and has also failed to inform the Court of his correct address,[2] this habeas action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for McMillian's failure to prosecute and failure to comply with a court order.

**SO ORDERED**, this 3rd day of December, 2021.

                                                        /s/Debra M. Brown
                                                        **UNITED STATES DISTRICT JUDGE**

---

[1] In a separate declaration, McMillian represents that the officials at his facility refused to assist him in completing the application or obtaining forms to pay the filing fee. Doc. #6.

[2] At the outset of this litigation, McMillian was advised that "failure to keep this court advised of [his] current address … could result in the dismissal of [his] case." Doc. #2.